1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   CRYSTAL J. HERRERA, ESQ., Bar # 12396
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5
   Attorneys for Defendant,
6  QUEST DIAGNOSTICS INCORPORATED, YOLANDA
   CARTER, CASSANDRA HOOD AND LINDA ELLIOT
7

8                  UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10

11  OTIS LISBY, an individual,

12              Plaintiff,                Case No. 2:15-CV-01092-RFB-NJK

13  vs.                                   [PROPOSED] STIPULATION AND
                                          ORDER TO EXTEND TIME FOR
14  QUEST DIAGNOSTICS                     DEFENDANTS TO ANSWER OR
    INCORPORATED, a Nevada Corporation;   OTHERWISE RESPOND TO
15  YOLANDA CARTER, an individual;        PLAINTIFF'S COMPLAINT
    CASSANDRA HOOD, an individual;
16  LINDA ELLIOT, an individual; DOES I-  [FIRST REQUEST]
    V; ROES VI-X,
17
                Defendant.
18

19       Plaintiff OTIS LISBY (hereinafter "Plaintiff") and Defendants QUEST DIAGNOSTICS

20  INCORPORATED, YOLANDA CARTER, CASSANDRA HOOD and LINDA ELLIOT

21  (hereinafter "Defendants"), by and through their respective counsel of record, hereby stipulate and

22  agree to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint, up

23  to and including August 10, 2015.

24       This extension is necessary to provide adequate time for recently retained counsel for

25  Defendants to receive and review necessary information in order to prepare an answer or to

26  otherwise respond to the Complaint.  This is the first request for an extension of time to answer or

27  otherwise respond to the Complaint.

28  ///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: July 27, 2015

Respectfully submitted,

*[signature]*

DAN M. WINDER, ESQ.
ARNOLD WEINSTOCK, ESQ.
SCOTT C. DORMAN, ESQ.
LAW OFFICES OF DAN M. WINDER, P.C.

Attorneys for Plaintiff,
OTIS LISBY

Dated: July 27, 2015

Respectfully submitted,

*[signature]*

WENDY MEDURA KRINCEK, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
QUEST DIAGNOSTICS INCORPORATED, YOLANDA CARTER, CASSANDRA HOOD AND LINDA ELLIOT

**ORDER**

IT IS SO ORDERED.

Dated: _____July 28_____, 2015.

*[signature]*

UNITED STATES MAGISTRATE JUDGE

Firmwide:134898612.1 999999.1791

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.