WENDY MEDURA KRINCEK, ESQ., Bar # 6417
CRYSTAL J. HERRERA, ESQ., Bar # 12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811

Attorneys for Defendants,
QUEST DIAGNOSTICS INCORPORATED, YOLANDA CARTER, CASSANDRA HOOD and LINDA ELLIOT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OTIS LISBY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS INCORPORATED, a Nevada Corporation; YOLANDA CARTER, an individual; CASSANDRA HOOD, an individual; LINDA ELLIOT, an individual; DOES I-V; ROES VI-X,<br><br>Defendant. | Case No. 2:15-CV-01092-RFB-NJK<br><br>[~~PROPOSED~~] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>[SECOND REQUEST] |

Plaintiff OTIS LISBY (hereinafter "Plaintiff") and Defendants QUEST DIAGNOSTICS INCORPORATED, YOLANDA CARTER, CASSANDRA HOOD and LINDA ELLIOT (hereinafter "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint, up to and including August 24, 2015.

This extension is necessary to provide adequate time for counsel for Defendants to receive and review necessary information in order to prepare an answer or to otherwise respond to the Complaint on behalf of all Defendants. This is the second request for an extension of time to answer or otherwise respond to the Complaint.

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: August ___, 2015

Respectfully submitted,

_____
DAN M. WINDER, ESQ.
ARNOLD WEINSTOCK, ESQ.
SCOTT C. DORMAN, ESQ.
LAW OFFICES OF DAN M. WINDER, P.C.

Attorneys for Plaintiff,
OTIS LISBY

Dated: August ___, 2015

Respectfully submitted,

_____
WENDY MEDURA KRINCEK, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants,
QUEST DIAGNOSTICS INCORPORATED, YOLANDA CARTER, CASSANDRA HOOD and LINDA ELLIOT

**ORDER**

IT IS SO ORDERED.

Dated: _____ August 7 ____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.