1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   CRYSTAL J. HERRERA, ESQ., Bar # 12396
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:   702.862.8800
   Fax No.:        702.862.8811
5
   Attorneys for Defendants,
6  QUEST DIAGNOSTICS INCORPORATED, YOLANDA
   CARTER, CASSANDRA HOOD and LINDA ELLIOT
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 OTIS LISBY, an individual,

12            Plaintiff,                  Case No. 2:15-CV-01092-RFB-NJK

13 vs.                                    [PROPOSED] STIPULATION AND
                                          ORDER TO EXTEND TIME FOR
14 QUEST DIAGNOSTICS                      DEFENDANTS TO ANSWER OR
   INCORPORATED, a Nevada Corporation;    OTHERWISE RESPOND TO
15 YOLANDA CARTER, an individual;         PLAINTIFF'S COMPLAINT
   CASSANDRA HOOD, an individual;
16 LINDA ELLIOT, an individual; DOES I-   [THIRD REQUEST]
   V; ROES VI-X,
17                                        AS AMENDED, PAGE 2
              Defendant.
18

19        Plaintiff OTIS LISBY (hereinafter "Plaintiff") and Defendants QUEST DIAGNOSTICS

20 INCORPORATED, YOLANDA CARTER, CASSANDRA HOOD and LINDA ELLIOT

21 (hereinafter "Defendants"), by and through their respective counsel of record, hereby stipulate and

22 agree to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint, up

23 to and including August 31, 2015.

24        This extension is necessary to provide adequate time for counsel for Defendants to receive

25 and review necessary information from all four Defendants in order to prepare an answer or to

26 otherwise respond to the Complaint on behalf of all Defendants.  This is the third request for an

27 extension of time to answer or otherwise respond to the Complaint.

28 ///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: August 24, 2015

Respectfully submitted,

/s/ Scott Dorman

DAN M. WINDER, ESQ.
ARNOLD WEINSTOCK, ESQ.
SCOTT C. DORMAN, ESQ.
LAW OFFICES OF DAN M. WINDER, P.C.

Attorneys for Plaintiff,
OTIS LISBY

Dated: August 24, 2015

Respectfully submitted,

/s/

WENDY MEDURA KRINCEK, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants,
QUEST DIAGNOSTICS INCORPORATED,
YOLANDA CARTER, CASSANDRA HOOD and
LINDA ELLIOT

**ORDER**  No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: August 24, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.