WENDY MEDURA KRINCEK, ESQ., Bar # 6417
CRYSTAL J. HERRERA, ESQ., Bar # 12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendants,
QUEST DIAGNOSTICS INCORPORATED, YOLANDA CARTER, CASSANDRA HOOD and LINDA ELLIOT

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OTIS LISBY, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS INCORPORATED, a Nevada Corporation; YOLANDA CARTER, an individual; CASSANDRA HOOD, an individual; LINDA ELLIOT, an individual; DOES I-V; ROES VI-X,<br><br>　　　　　Defendants. | Case No. 2:15-CV-01092-RFB-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE THE EARLY NEUTRAL EVALUATION SESSION** |

Plaintiff OTIS LISBY ("Plaintiff") and Defendants QUEST DIAGNOSTICS INCORPORATED, YOLANDA CARTER, CASSANDRA HOOD and LINDA ELLIOT ("Defendants"), by and through their respective counsel of record, do hereby stipulate and agree to continue the Early Neutral Evaluation ("ENE") currently scheduled for December 23, 2015, at 9:30 a.m. (Doc. #19), to a time at the Court' convenience, on January 28, 2016; February 3, 2016; or February 4, 2016. It is the understanding of the parties that these dates are some of the first available dates to reschedule the ENE.

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1  This stipulation and order is sought in good faith and not for the purpose of delay.

2  Dated: September 24, 2015                    Dated: September 24, 2015

3  Respectfully submitted,                      Respectfully submitted,

*[signature]*                                   *[signature]*

DAN M. WINDER, ESQ.                             WENDY MEDURA KRINCEK, ESQ.
ARNOLD WEINSTOCK, ESQ.                          CRYSTAL J. HERRERA, ESQ.
SCOTT C. DORMAN, ESQ.                           LITTLER MENDELSON, P.C.
LAW OFFICES OF DAN M. WINDER, P.C.
                                                Attorneys for Defendants,
Attorneys for Plaintiff,                        QUEST DIAGNOSTICS INCORPORATED,
OTIS LISBY                                      YOLANDA CARTER, CASSANDRA HOOD and
                                                LINDA ELLIOT

## ORDER

IT IS SO ORDERED that the ENE Session shall be continued to January 28, 2016, at the hour of 1:30 p.m. In preparation for the ENE session, the attorneys for each party will submit a confidential written evaluation statement for the Court's in camera review one week prior to the date of the continued ENE Session, pursuant to parameters stated within ENE Order (Doc. #19).

Dated this 28th day of September, 2015.

*[signature]*

UNITED STATES MAGISTRATE JUDGE

Firmwide:136036521.1 055001.1222

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800